ERIC A. CHASE, SBN #148030
2600 West Olive Ave., St. 500
Burbank, CA  91505
Ph: 818-487-7400
Fx: 818-301-2571
Attorney for Defendant
RONALD WEBSTER

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  4:16-CR-00240-JST |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |
| RONALD WEBSTER, | |
| Defendant. | |

On July 8, 2016, the Defendant entered his plea of guilty pursuant to a plea agreement with the Government.  This matter is currently scheduled for sentencing on **April 21, 2017**.   The parties have conferred and the Government agrees that there is good cause to continue the sentencing hearing to **July 7, 2017**.

As the Court has been previously informed, the Defendant has made substantial payments to the victim in this matter, CISCO Systems. Probation and the Government have been provided with a spreadsheet showing that the total cash payments to CISCO to date total $974,493.60. In addition, the Defendant deeded a home to Cisco with an expected equity. The settlement agreement with CISCO executed by the Defendant calls for total payment of $2,300,000.

The purpose of this continuance is to allow the Defendant to conclude some business that is expected to result in further substantial payments to CISCO prior to sentencing. The Defendant and the Government agree that it is in the best interest of the both the Defendant and the victim, CISCO, to have as much paid toward the restitution as possible prior to sentencing.

1

# STIPULATION AND [PROPOSED] ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that Sentencing currently set for on **April 21, 2017** be continued to **July 7, 2017**.

Respectfully submitted,

DATED: April 6, 2017

By:/s/ Eric Chase
Eric Chase
Attorney for RONALD WEBSTER

BRIAN J. STRETCH
United States Attorney

DATED: April 6, 2017

By: /s/ Kyle Waldinger
Kyle Waldinger
Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED April 10, 2017

                                                          _____
                                                          Hon. JON S. TIGAR
                                                          UNITED STATES DISTRICT JUDGE